# Court of Appeals
# of the State of Georgia

ATLANTA, August 29, 2025

*The Court of Appeals hereby passes the following order:*

**A26E0040. DEVINE ANTHONY ROBERTS v. CARL C. BROWN, JUDGE et al.**

Devine Anthony Roberts, proceeding pro se, petitioned the Supreme Court of Georgia for original mandamus relief and that Court transferred this case here upon finding that it lacked jurisdiction. We find no basis to exercise our original mandamus jurisdiction, accordingly, this petition is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/29/2025

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*